Filed  Case 5:23-cv-00129-BJB   Document 1-1   Filed 09/15/23   Page 1 of 2 PageID #: 5
22-CI-00196   03/21/2022   Paige Parker, Christian Circuit Clerk

NOT ORIGINAL DOCUMENT
07/08/2022 12:34:23 PM
87565



COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
CIVIL ACTION NO. _____
*ELECTRONICALLY FILED*

**THE ESTATE OF DIANE ROBINSON**
**JEFFERY MAXIE,**                                     **PLAINTIFF,**

**VS.**                          **COMPLAINT**

**ROBERT KAMINSKI,**                                   **DEFENDANT.**

1. Plaintiffs, were at all times herein residents of 125 Maplelawn Drive, Hopkinsville, KY 42240.

2. Defendant, Robert Kaminski, is and was at all times herein a resident of 7935 S. Wildwood Drive, Oak Creek, WI 53154.

3. On or about May 28, 2020 in Christian County, KY, the defendant drove his vehicle in such a careless manner as to cause it to collide with the vehicle driven by the Plaintiff.

4. As a result of the negligence of the Defendant, the Plaintiffs were injured in and on their body, both temporarily and permanently; incurred medical expenses and will so in the future; and was caused to suffer great pain, both mental and physical, past and future, in an amount which exceeds the jurisdictional minimum of this Court.

WHEREFORE, the Plaintiffs demand judgment against the Defendant in an amount that will fairly and reasonably compensate them for the damages incurred as a result of the Defendant's negligence;

Presiding Judge: HON. ANDREW SELF (603276)

COM : 000001 of 000002

NOT ORIGINAL DOCUMENT
07/08/2022 12:34:23 PM
87565

2. Trial by jury on all issues so triable;

3. For costs incurred in this action, including reasonable attorney fees; and

4. For any and all other relief to which they may appear to be entitled.

This the 21st day of March, 2022.

/S/SANDS M. CHEWNING
ATTORNEY FOR PLAINTIFF
603 SOUTH MAIN STREET
P.O. BOX 955
HOPKINSVILLE, KY   42241-0955
Telephone (270) 886-4422
Facsimile (270) 885-2111